In the Matter of the Transfer Tax upon the Estate of FERRUCCIO A. VIVANTI, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; WILLIAM GREENBAUM, as Executor, Respondent.

*Matter of Vivanti,* 146 App. Div. 942, affirmed.
(Submitted June 5, 1912; decided June 29, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1911, which affirmed an order of the New York County Surrogate's Court adjudging certain foreign leaseholds in perpetuity to be real property, and as such not taxable under the Transfer Tax Law.

*Thomas B. Casey* and *John S. Jenkins* for appellant.

*Walter M. Rosebault* for respondent.

Order affirmed, with costs; no opinion.

Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.